IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY MAIORANO,

    Petitioner,

v.                                            Case No. 4:18cv71-MW/CAS

MARL S. INCH, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 25. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The amended § 2254 petition, ECF No. 19, is **DENIED**. A Certificate of Appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on July 11, 2019.**

                                              s/Mark E. Walker             
                                              **Chief United States District Judge**